# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD E. LONG, | No. 4:16-CV-00138 |
| Plaintiff, | (Judge Brann) |
| v. | |
| HARTFORD LIFE AND ACCIDENT INSURANCE CO., | |
| Defendant. | |

## ORDER

### JUNE 28, 2018

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Summary Judgment, ECF No. 27, is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. The motion is **DENIED** as to Count I of Plaintiff's Complaint, ECF No. 1; but

    b. The motion is **GRANTED** as to Count II of that complaint.

2. Defendant's Motion to Strike, ECF No. 33, is **DENIED**.

3. Plaintiff's Motion for Leave to Submit Expert Physician's Report, ECF No. 37, is **DENIED AS MOOT**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge